UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT and SIERRA CLUB, ) ) ) ) Plaintiffs, ) ) v. ) ) GINA MCCARTHY, in her official capacity ) as Administrator of the United States ) Environmental Protection Agency, ) ) Defendant. ) ) | Civil Action No. 1:15-cv-745 Hon. Amy Berman Jackson |

## NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO CONSENT DECREE (DOCKET NO. 16)

Plaintiffs Environmental Integrity Project and Sierra Club, and Defendant Gina McCarthy in her official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), hereby notify the Court that EPA has fulfilled its obligations under the Consent Decree and Plaintiffs' claim for costs of litigation has been resolved. The case status therefore should be changed to "dismissed with prejudice" pursuant to Paragraph 17 of the Consent Decree (Docket No. 16), and no additional costs should be taxed to any Parties.

Respectfully submitted,

Dated: April 22, 2016

/s/ Ilan Levin (HTG by permission)
ILAN LEVIN
Environmental Integrity Project
707 Rio Grande, Suite 200
Austin, TX  78701
Tel. (512) 637-9479
ILevin@environmentalintegrity.org

*Counsel for Plaintiffs*

Dated:  April 22, 2016         /s/s Heather E. Gange
HEATHER E. GANGE
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Tel. 202.514.4206
Fax. 202-514.8865
Heather.Gange@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL INTEGRITY PROJECT and SIERRA CLUB,<br><br>    Plaintiffs,<br>  v.<br><br>GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>    Defendant. | Civil Action No. 1:15-cv-745<br><br>Hon. Amy Berman Jackson |

**CERTIFICATE OF SERVICE**

  I, Heather E. Gange, certify that on this 22nd day of April 2016, I electronically filed the foregoing NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO CONSENT DECREE through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Sparsh Khandeshi
    *Counsel for Plaintiffs*

A courtesy copy was transmitted via electronic mail to:

    Ilan Levin
    Ilevin@environmentalintegrity.org
    *Counsel for Plaintiffs*

            /s/ Heather E. Gange
            Heather E. Gange
            United States Department of Justice
            Environmental Defense Section
            P.O. Box 7611
            Washington, D.C.  20044-7611
            Telephone: (202) 514-4206
            Facsimile: (202) 514-8865
            Heather.Gange@usdoj.gov